womblebonddickinson.com



**July 8, 2026**

Womble Bond Dickinson (US) LLP

**Via Electronic Filing**

550 South Main Street
Suite 400
Greenville, SC 29601

Nathaniel W. Bax, Esq.
Foster Law Firm, LLC
25 Mills Avenue
Greenville, SC 29605

t: 864.255.5400
f: 864.255.5440

**Re:** *George J. Erskine v. Prudential Insurance Company of America; Huntington Ingalls Industries Inc., d/b/a Mission Technologies Short Term Disability Plan*
**Civil Action No. 6:26-cv-01676-SAC**

Jason Wyman
Senior Counsel
Direct Dial: 864-255-5421
Direct Fax: 864-239-5871
E-mail: Jason.Wyman@wbd-us.com

Dear Nate:

This letter confirms our email exchange of July 7, 2026, whereby you agreed to extend the time for Defendant Huntington Ingalls Industries Inc., d/b/a Mission Technologies Short Term Disability Plan ("Defendant") to respond to the Amended Complaint by an additional twenty-one days. The current due date for Defendant to respond to the Amended Complaint is July 9, 2026. Based on the extension, Defendant's new responsive pleading deadline is **July 30, 2026**.

As always, thank you for the courtesy.

Sincerely,

**Womble Bond Dickinson (US) LLP**

/s/ Jason D. Wyman

Jason Wyman
Senior Counsel

JDW/

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.